SUPPRESSED

FILED

JUL 1 6 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| DWANE TAYLOR, | ) 4:15CR00335 CDP/DDN |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on a date unknown to the grand jury, but including on or about August 1, 2014, December 16, 2014, January 16, 2015, and continuing up to the date of this indictment, within the Eastern District of Missouri,

**DWANE TAYLOR,**

the defendant herein, did knowingly and intentionally conspire, combine, confederate and agree, with other persons both known and unknown to the federal grand jury, to commit an offense against the United States, to wit: to knowingly and intentionally possess with the intent to distribute heroin, a Schedule I controlled substance drug, and cocaine base(crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT TWO

The Grand Jury further charges that:

On or about December 16, 2014, in the City of Saint Louis, Missouri, within the Eastern District of Missouri,

### DWANE TAYLOR,

the defendant herein, did knowingly possess, brandish and discharge one or more firearms, in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: conspiracy to knowingly and intentionally possess with the intent to distribute heroin and cocaine base(crack), as charged in Count One herein,

In violation of Title 18, United States Code, Sections 2 and 924(c)(l)(A).

And in the course of this violation caused the death of Erin Davis through the use of the firearm, which killing is a murder as defined in Title 18, United States Code, Section 1111, in that the defendant, acting with malice aforethought, unlawfully killed Erin Davis; by shooting her with the firearm, willfully, deliberately, maliciously, and with premeditation, thereby making this offense punishable under Title 18, United States Code, Sections 2 and 924(j)(l).

## COUNT THREE

The Grand Jury further charges that:

On or about January 16, 2015, in the City of Saint Louis, Missouri, within the Eastern District of Missouri,

### DWANE TAYLOR,

the defendant herein, did knowingly possess, brandish and discharge one or more firearms, in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: conspiracy to knowingly and intentionally possess with the intent to distribute heroin and cocaine base(crack), as charged in Count One herein,

In violation of Title 18, United States Code, Sections 2 and 924(c)(l)(A).

And in the course of this violation caused the death of Juanita Davis through the use of the firearm, which killing is a murder as defined in Title 18, United States Code, Section 1111, in that the defendant, acting with malice aforethought, unlawfully killed Juanita Davis; by shooting her with the firearm, willfully, deliberately, maliciously, and with premeditation, thereby making this offense punishable under Title 18, United States Code, Sections 2 and 924(j)(l).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney