UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet -- Criminal Case

Date: 7-29-15   Judge: Thomas C. Mummert, III   Case No. 4:15CR335 CDP/DDN

UNITED STATES OF AMERICA v. Dwane Taylor

Court Reporter: FTR   Deputy Clerk: M Berg

Assistant United States Attorney(s): Thomas Rea

Attorney(s) for Defendant(s): Larry Hale

Interpreter: N/A   ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
- ☐ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☒ Detention Hearing
- ☒ Bond Review
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (WAIVER OF MOTIONS)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Revocation
- ☐ Probation
- ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conference
- ☐ Material Witness

Parties present for hearing on detention. Defendant sworn. Arguments of counsel made. Matter taken under submission.

---

- ☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.
- ☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%
  - ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
- ☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____
- ☐ Preliminary examination set for _____ @ _____
- ☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
- ☐ Plea entered Not Guilty   Order on pretrial motions:   ☐ issued   ☐ to issue
- ☐ Oral Motion for Suppression   ☐ Motion for Extension of Time to File Pretrial Motions (GRANTED). IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.
- ☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling
- ☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time: _____   Before U.S. District Judge: _____

☒ Remanded to **CUSTODY**   ☐ Released on **BOND**

Next hearing date/time: _____   Type of hearing: _____   Before Judge: _____

Proceeding commenced 10:04   Proceeding concluded 10:14   Continued to _____

- ☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
- ☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
- ☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law/conditions set out in the instant petition/complaint.