UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. S-1 4:15 CR 335 CDP (DDN) |
| DWANE TAYLOR and JOE EDGER, | ) |
| Defendants. | ) |

**UNITED STATES OF AMERICA'S**
**FOURTH NOTICE OF CAPITAL CRIMES REVIEW STATUS**

COMES NOW the United States of America and respectfully informs this Court that it is the understanding of the United States Attorney's Office that the Capital Crime Review Committee has completed its review of this matter.

Both the United States Attorney's Office and the Capital Crimes Review Committee are presently awaiting a final decision from the United States Attorney General as to whether or not the death penalty shall be sought.

The United States is hopeful that the Attorney General's decision will be received in the next 21 days.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ Thomas Rea
THOMAS REA
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

1

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 5, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

<u>/s/ Thomas Rea</u>
THOMAS REA