UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. S-1 4:15 CR 335 CDP (DDN) |
| DWANE TAYLOR, | ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S
## *COMBINED* EXHIBITS FILED IN OPPOSITION TO
## DEFENDANT'S MOTIONS TO SUPPRESS EVIDENCE

### (ORIGINAL AND SUPPLEMENTAL FILINGS)

| NUMBER | DESCRIPTION |
|---|---|
| 1 | June 10, 2015, audio recording between Taylor and Detective Akinyemi regarding consent to search Taylor's phone overnight. |
| 2 | June 17, 2015, Sunset Hills Police Department Advice of Rights form. |
| 3 | June 17, 2015, recording of Taylor interview. |
| 4 | June 17, 2015, Sunset Hills Police Department property receipt. |
| 5 | June 17, 2015, Consent to DNA Collection form. |
| 6 | June 17, 2015, photographs of Taylor's black Impala. |
| 7 | The Robinson Letter. |
| 8 | The Horton Letter. |
| 9 | August 20, 2015, Sainte Genevieve County Sheriff's Department report. |
| 10 | The Monte Carlo Warrant. |
| 11 | The Trailer Warrant. |
| 12 | The Impala Warrant. |
| 13 | The AT&T Warrant. |

| 14 | AT&T Mobility "Subscriber Information." |
|---|---|
| 15 | The Ogden Warrant. |
| 16 | Business Records Affidavit of Sainte Genevieve County Sherriff's Office and Detention Center. |
| 17A | Application in Support of Cellular Telephone Warrant (314-224-1365). |
| 17B | Affidavit in Support of Cellular Telephone Warrant (314-224-1365). |
| 17C | Cellular Telephone Warrant (314-224-1365). |
| 18 | T-Mobile Documentation (314-224-1365). |
| 19 | Surveillance Photographs. |
| 20 | After Action Report (314-224-1365). |

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ Thomas Rea
THOMAS REA, #53254MO
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Thomas Rea
THOMAS REA